

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Cynthia G. Mitchell, et al., Appellants

No. 06-25-00023-CV          v.

Carlos Hernandez, et al., Appellees

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 25C030).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We further order that the appellants, Cynthia G. Mitchell, et al., pay all costs incurred by reason of this appeal.

RENDERED JUNE 13, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk